United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-15975-ref
David A. Repyneck                                                       Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 2            Date Rcvd: Oct 13, 2017
                              Form ID: 309I           Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2017.
```
db          +David A. Repyneck,    2265 Silver Creek Road,    Hellertown, PA 18055-2012
tr          +FREDERICK L. REIGLE,    Chapter 13 Trustee,    2901 St. Lawrence Avenue,    P.O. Box 4010,
              Reading, PA 19606-0410
smg         +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg         +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13978216     Cabela's CLUB Visa,    P.O. Box 82519,    Lincoln, NE 68501-2519
13978218    +Cbna,   Po Box 6282,    Sioux Falls, SD 57117-6282
13978221    +Dept Of Edu/osla Servi,    525 Central Park Dr Ste,    Oklahoma City, OK 73105-1723
13978229    +NCB Management Services, Inc.,    P.O. Box 1099,    Langhorne, PA 19047-6099
13978233     USAA,    P.O. Box 6190963,    Dallas, TX 75261-9063
13982291    +USAA Federal Savings Bank,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
              Philadelphia, PA 19106-1541
13978234    +Usaa Fed Svng/nationst,    10750 Mcdermott Fwy,    San Antonio, TX 78288-1600
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: DMARSHALL@EASTBURNGRAY.COM Oct 14 2017 01:15:32     DAVID L. MARSHALL,
              Eastburn and Gray, P.C.,    60 East Court Street,    Doylestown, PA  18901
smg         +E-mail/Text: robertsl2@dnb.com Oct 14 2017 01:16:54     Dun & Bradstreet, INC,
              3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 14 2017 01:16:45
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 14 2017 01:17:02     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust         +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Oct 14 2017 01:16:49     United States Trustee,
              Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
13978214     EDI: BANKAMER.COM Oct 14 2017 01:18:00     Bankamerica,    Po Box 982238,    El Paso, TX 79998
13978215     EDI: BANKAMER.COM Oct 14 2017 01:18:00     Bk Of Amer,    Po Box 982238,    El Paso, TX 79998
13978228     EDI: CBSAAFES.COM Oct 14 2017 01:18:00     Military Star,    3911 S Walton Walker Blv,
              Dallas, TX 75236
13978217    +EDI: CAPITALONE.COM Oct 14 2017 01:18:00     Capital One,    Po Box 30281,
              Salt Lake City, UT 84130-0281
13978219    +EDI: CHASE.COM Oct 14 2017 01:18:00     Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
13978220    +EDI: CITICORP.COM Oct 14 2017 01:18:00     Citi,    Pob 6241,    Sioux Falls, SD 57117-6241
13978222    +EDI: DISCOVER.COM Oct 14 2017 01:18:00     Discover Fin Svcs Llc,    Po Box 15316,
              Wilmington, DE 19850-5316
13978223    +EDI: FORD.COM Oct 14 2017 01:18:00     Frd Motor Cr,    Po Box Box 542000,
              Omaha, NE 68154-8000
13978226     E-mail/Text: cslehigh@pacses.com Oct 14 2017 01:17:36     Lehigh Co Drs,    523 Hamilton St,
              Allentown, PA 18101
13978230    +EDI: SEARS.COM Oct 14 2017 01:18:00     Sears/cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
13978231    +EDI: RMSC.COM Oct 14 2017 01:18:00     Syncb/sync Bank Luxury,    950 Forrer Blvd,
              Kettering, OH 45420-1469
13978232    +EDI: CITICORP.COM Oct 14 2017 01:18:00     Thd/cbna,    Po Box 6497,
              Sioux Falls, SD 57117-6497
13978235     EDI: USAA.COM Oct 14 2017 01:18:00     Usaa Federal Savings B,    Po Box 47504,
              San Antonio, TX 78265
13978236    +EDI: USAA.COM Oct 14 2017 01:18:00     Usaa Savings Bank,    10750 Mcdermott,
              San Antonio, TX 78288-1600
13978237    +EDI: WFFC.COM Oct 14 2017 01:18:00     Wells Fargo Auto Finan,    Po Box 29704,
              Phoenix, AZ 85038-9704
13978238    +EDI: WFFC.COM Oct 14 2017 01:18:00     Wells Fargo Bank Nv Na,    Po Box 31557,
              Billings, MT 59107-1557
13978239    +E-mail/Text: WFB.Bankruptcy@cabelas.com Oct 14 2017 01:17:43     Worlds Foremost Bank,
              4800 Nw 1st St Ste 300,    Lincoln, NE 68521-4463
                                                                                              TOTAL: 22
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13978224       Heights Cfcu
13978225       Heights Community Fcu
13978227       Lehigh Fcu
                                                                                   TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4          User: Lisa                 Page 2 of 2                   Date Rcvd: Oct 13, 2017
                              Form ID: 309I              Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 13, 2017 at the address(es) listed below:
          DAVID L. MARSHALL    on behalf of Debtor David A. Repyneck DMARSHALL@EASTBURNGRAY.COM,
           eseckinger@eastburngray.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    USAA Federal Savings Bank bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 4
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **David A. Repyneck** | Social Security number or ITIN **xxx–xx–1935** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN  _ _ _ _ |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter **13**  **9/5/17** |
| Case number: | **17–15975–ref** | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case                                12/15
**Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | David A. Repyneck | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2265 Silver Creek Road<br>Hellertown, PA 18055 | |
| 4. | **Debtor's attorney**<br>Name and address | DAVID L. MARSHALL<br>Eastburn and Gray, P.C.<br>60 East Court Street<br>Doylestown, PA 18901 | Contact phone 215–345–7000<br>Email:  DMARSHALL@EASTBURNGRAY.COM |
| 5. | **Bankruptcy trustee**<br>Name and address | FREDERICK L. REIGLE<br>Chapter 13 Trustee<br>2901 St. Lawrence Avenue<br>P.O. Box 4010<br>Reading, PA 19606 | Contact phone 610–779–1313<br>Email:  ecfmail@fredreiglech13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | Office Hours:  Philadelphia Office ––<br>8:30 A.M. to 5:00 P.M Reading Office<br>–– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (610)2085040<br>Date: 10/13/17 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 14, 2017 at 2:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Bar Association of Lehigh County, Meeting Rooms – Lower Level, 1114 West Walnut Street, Allentown, PA 18102** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 1/13/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 2/12/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 3/4/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $759.00 per month for 60 months. The hearing on confirmation will be held on:<br>**12/21/17** at **9:00 AM**, Location: **Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |