## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA (READING)

In Re:                                    Case No. 17-15975

David A. Repyneck,                        Chapter 13

    Debtor(s).

### APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE

USAA Federal Savings Bank, a creditor and party in interest in the above styled action, pursuant to Federal Rule of Bankruptcy Procedure 2002(g) requests that all notices required to be mailed or served in this case be directed to:

Lisa Cancanon
Weinstein & Riley, P.S.
11101 West 120th Avenue #280
Broomfield, CO80021
lisac@w-legal.com

Further, pursuant to Federal Rule of Bankruptcy Procedure 9010(b), Lisa Cancanon hereby enters his Notice of Appearance as Counsel in this matter on behalf of USAA Federal Savings Bank.

/s/ Lisa Cancanon
Lisa Cancanon
Weinstein & Riley, P.S.
Attorney for Creditor
11101 West 120th Avenue #280
Broomfield, CO 80021
Bar ID: 323550
Telephone: (303) 539 8600
Fax:
Email:lisac@w-legal.com

47584287

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury pursuant to 28 U.S.C. Sec. 1746, that a true and correct copy of the Notice of Appearance and Request for Notice was served on the following parties by electronic service via the Court's ECF filing system or by first-class mail on February 6, 2018:

Trustee via E-Filing
Frederick L. Reigle
ecfmail@fredreiglech13.com

Debtor's Counsel via E-Filing
David L. Marhsall
DMARSHALL@EASTBURNGRAY.COM

Debtor via E-Filing
David A. Repyneck
2265 Silver Creek Road
Hellertown, PA 18055

U.S. Trustee via E-Filing
United States Trustee
USTPRegion03.PH.ECF@usdoj.gov


/s/ Dominic Thomas
Dominic Thomas,
Legal Assistant to Lisa Cancanon

47584287