UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:    **DAVID REPYNECK** | : | CHAPTER 13 |
| | : | CASE NO. 17-15975REF |
| | : | Date:  March 1, 2018<br>Time:  9:00 a.m.<br>Place: United States<br>Bankruptcy Court<br>Court Room #1, 3rd Floor<br>400 Washington Street<br>Reading, PA    19601 |

### CERTIFICATION OF SERVICE

The undersigned certifies that on February 20, 2018 I caused the Debtor's Third Amended Plan to be served via electronic service upon the Chapter 13 Trustee, United States Trustee, USAA Federal Savings Bank.

　/s/David Marshall

David L. Marshall
EASTBURN AND GRAY, P.C.
David L. Marshall, Esquire
Attorney I. D. #19356
60 East Court Street
P. O. Box 1389
Doylestown, PA   18901-0137
215-345-7000
Fax 215-345-9142
dmarshall@eastburngray.com

Attorney for Debtor David Repyneck

Dated:  February 20, 2018

1