# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA (READING)

| | | |
|---|---|---|
| In re: | § | Chapter 13 |
| | § | |
| David A. Repyneck | § | Case No. 17-15975-ref |
| Debtor | § | |
| | § | |
| USAA Federal Savings Bank | § | |
| Movant | § | |
| | § | |
| v. | § | |
| | § | |
| David A. Repyneck, | § | |
| Respondent | | |

## NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice that Creditor, USAA Federal Savings Bank, hereby withdraws its Objection to Confirmation of Debtor's Chapter 13 Plan (Docket No. 10) filed on December 13, 2017 in the above-referenced bankruptcy proceeding.

Dated:   February 26, 2018          Respectfully Submitted,

                                    By: /s/ Lisa Cancanon___
                                    Lisa Cancanon, PA #323550
                                    Weinstein & Riley, P.S.
                                    11101 West 120th Avenue #280
                                    Broomfield, CO 80021
                                    Telephone: (303) 539-8600
                                    Email: LisaC@w-legal.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (READING)**

| | | |
|---|---|---|
| In re: | § | Chapter 13 |
| | § | |
| David A. Repyneck, | § | Case No. 17-15975-ref |
| Debtor | § | |
| | § | |
| USAA Federal Savings Bank | § | |
| Movant | § | |
| | § | |
| v. | § | |
| | § | |
| David A. Repyneck, | § | |
| Respondent | | |

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the Notice of Withdrawal of Objection to Confirmation of Debtor's Chapter 13 Plan was served on the following parties by electronic service via the Court's ECF filing system or by first-class mail on February 26, 2018:

Trustee via E-Filing
FREDERICK L. REIGLE
ecfmail@fredreiglech13.com

Debtor's Counsel via E-Filing
DAVID L. MARSHALL
DMARSHALL@EASTBURNGRAY.COM

U.S. Trustee via E-Filing
US Trustee
USTPRegion03.PH.ECF@usdoj.gov

Debtor via First-Class Mail
David A. Repyneck
2265 Silver Creek Road
Hellertown, PA 18055

        /s/ Lisa Cancanon
        Lisa Cancanon, PA #323550
        Weinstein & Riley, P.S.
        11101 West 120th Avenue #280
        Broomfield, CO 80021
        Telephone: (303) 539-8600
        Email: LisaC@w-legal.com

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA (READING)

| | | |
|---|---|---|
| In re: | § | Chapter 13 |
| | § | |
| David A. Repyneck, | § | Case No. 17-15975-ref |
| Debtor | § | |
| | § | |
| USAA Federal Savings Bank | § | |
| Movant | § | |
| | § | |
| v. | § | |
| | § | |
| David A. Repyneck, | § | |
| Respondent | | |

## ORDER

**AND NOW,** this _____ day of _____, 2018, upon consideration of the Debtor's Chapter 13 Plan, and the objection of USAA FEDERAL SAVINGS BANK, and after hearing, it is hereby

**ORDERED** that confirmation of the Debtor Chapter 13 Plan is denied.

**BY THE COURT:**

_____
**Richard E. Fehling**
U.S. Bankruptcy Judge

**David A. Repyneck**
2265 Silver Creek Road
Hellertown, PA 18055

**DAVID L. MARSHALL**
Eastburn and Gray, P.C.
60 East Court Street
Doylestown, PA 18901

**FREDERICK L. REIGLE**
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

**United States Trustee**
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107