## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA (READING)

| | | |
|---|---|---|
| In re: | § | Chapter 13 |
| | § | |
| David A. Repyneck | § | Case No. 17-15975-ref |
| Debtor | § | |
| | § | |
| USAA Federal Savings Bank | § | |
| Movant | § | |
| | § | |
| v. | § | |
| | § | |
| David A. Repyneck, | § | |
| Respondent | | |

## AMENDED NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

TO ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice that Creditor, USAA Federal Savings Bank, hereby withdraws its Objection to Confirmation of Debtor's Chapter 13 Plan (Docket No. 10) filed on December 13, 2017 in the above-referenced bankruptcy proceeding.

Dated:  February 27, 2018                    Respectfully Submitted,

                                                                                                                     By: /s/ Lisa Cancanon___
Lisa Cancanon, PA #323550
Weinstein & Riley, P.S.
11101 West 120th Avenue #280
Broomfield, CO 80021
Telephone: (303) 539-8600
Email: LisaC@w-legal.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (READING)**

| | | |
|---|---|---|
| In re: | § | Chapter 13 |
| | § | |
| David A. Repyneck, | § | Case No. 17-15975-ref |
| Debtor | § | |
| | § | |
| USAA Federal Savings Bank | § | |
| Movant | § | |
| | § | |
| v. | § | |
| | § | |
| David A. Repyneck, | § | |
| Respondent | § | |

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the Amended Notice of Withdrawal of Objection to Confirmation of Debtor's Chapter 13 Plan was served on the following parties by electronic service via the Court's ECF filing system or by first-class mail on February 27, 2018:

Trustee via E-Filing
FREDERICK L. REIGLE
ecfmail@fredreiglech13.com

Debtor's Counsel via E-Filing
DAVID L. MARSHALL
DMARSHALL@EASTBURNGRAY.COM

U.S. Trustee via E-Filing
US Trustee
USTPRegion03.PH.ECF@usdoj.gov

Debtor via First-Class Mail
David A. Repyneck
2265 Silver Creek Road
Hellertown, PA 18055

        /s/ Lisa Cancanon
        Lisa Cancanon, PA #323550
        Weinstein & Riley, P.S.
        11101 West 120th Avenue #280
        Broomfield, CO 80021
        Telephone: (303) 539-8600
        Email: LisaC@w-legal.com