UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DAVID REPYNECK | : | CASE NO. 2017-15975 |
| | : | Date: -3/07/2019 |
| | | Time:  9:30 a.m. |
| | | Place:  Courtroom 1 |
| | | 400 Washington Street |
| | | Reading, PA  19601 |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Annette Picciano has filed a Motion to Modify Plan with the Court to reflect the payment of the mortgage arrears pursuant to a loan modification.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the Court to grant relief sought in the motion or if you want the Court to consider your views on the motion, then on or before March 1, 2019  you or your attorney must do all of the following:

    (a) file an answer explaining your position at:

    Clerk's Office, U. S. Bankruptcy Court
    The Robert Nix Building
    900 Market Street
    Philadelphia, Pa.   19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the Movant's attorney:

    David L. Marshall, Esquire
    60 East Court Street
    P. O. Box 1389
    Doylestown, PA  18901-0137

      2.     If you or your attorney do not take the steps described in Paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the motion.

      3.     A hearing on the motion is scheduled to be held before the Honorable Richard E. Fehling on March 7, 2019 at 9:30 a. m. in Court Room No 1, United States Bankruptcy Court, 400 Washington Street, Reading, PA 19601. Unless the Court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P 9014(d).

      4.     If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorneys named in Paragraph 1(b).

      5.     You may contact the Bankruptcy Clerk's Office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

                                                            EASTBURN & GRAY, P.C.

                                         *By:*     */s/ David L. Marshall*

                                               David L. Marshall, Esquire
                                             Attorney for David Repyneck
                                             Attorney I. D. No. 19356
                                             Eastburn and Gray, P.C.
                                             60 East Court Street
                                             Doylestown, Pa. 18901
                                             (215)345-7000
                                             Fax No. 215-542-9421

Dated: February 12, 2019