UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DAVID REPYNECK | : | CASE NO. 2017-15975 |
| | : | Date:  -3/07/2019 |
| | | Time:   9:30 a.m. |
| | | Place:   Courtroom 1 |
| | | 400 Washington Street |
| | | Reading, PA  19601 |

## CERTIFICATE OF SERVICE

AND NOW this 12th day of February 12, 2019, DAVID L. MARSHALL hereby certifies that he served the Debtor's Motion to Modify Plan and Notice of Motion upon the following parties indicated below:

**By electronic notice only:**
Scott Waterman, Esquire
Standing Chapter 13 Trustee
2901 St. Lawrence Ave, Suite 100
Reading, PA  19606

Office of the U. S. Trustee
833 Chestnut Street, Suite 501
Philadelphia, PA    19107

**By United States Mail Postage Prepaid**

    George Morrison, Esquire
    Weinstein & Riley P.S.
    2001 Western Avenue - Suite 400
    Seattle, Washington   98121

    Matteo S. Weiner, Esquire
    KML Law Group, PC
    701 Market Street, Suite 5000
    Philadelphia, PA   19106-1532

  Cynthia A. Sallustio

Court Operations Officer
LEHIGH COUNTY DOMESTIC RELATIONS
14 North 6th Street
Allentown, PA   18101

Courtney Rediger
PO Box 82609
Lincoln, NE 68501-2609

                              EASTBURN & GRAY, P.C.
                              By: */s/David L. Marshall*
                              David L. Marshall, Esquire
                              Attorney I. D. No. 19356
                              Eastburn and Gray, P.C.
                              60 East Court Street
                              Doylestown, Pa. 18901
                              (215)345-7000 - Telephone
                              (215)345-9142 – Facsimile
                              dmarshall@eastburngray.com
                              Attorneys for Debtors

Date: February 12, 2019