UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: CHAPTER 13

DAVID REPYNECK : CASE NO. 2017-15975
: Date: -3/07/2019
Time: 9:30 a.m.
Place: Courtroom 1
400 Washington Street
Reading, PA  19601

CERTIFICATION OF NO CONTEST

I, DAVID L. MARSHALL, ESQUIRE, Applicant, hereby certify that no answer or objection or other responsive pleading has been received with regard to the Motion to Modify Plan, has been filed.   Debtor requests confirmation of the Eighth (8) Amended Plan filed on March 4, 2019.   The response date to the Motion was on or before March 1, 2019, which was more than fifteen (15) days from the date of service.

/**/s/ *David L. Marshall, Esquire*

**EASTBURN AND GRAY, P.C.**
**David L. Marshall, Esquire**
**Attorney I. D. #19356**
**60 East Court Street**
**P. O. Box 1389**

**Doylestown, PA  18901-0137**
**215-345-7000**
**Fax 215-345-9142**
dmarshall@eastburngray.com

**Attorney for Debtor**

DATED:    March 6, 2019