UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: CHAPTER 13

DAVID REPYNECK : CASE NO. 2017-15975
: Date: -3/07/2019
Time: 9:30 a.m.
Place: Courtroom 1
400 Washington Street
Reading, PA 19601

ORDER APPROVING MODIFICATION OF PLAN AFTER CONFIRMATION

    This matter having come before the Court in respect to a modification of the Chapter 13 plan confirmed on May 3, 2018, and after consideration of the objection by the Chapter 13 Trustee, the Court finds that the modified plan complies with the provisions of Chapter 13, of Title 11 U.S.C. and other applicable provisions of that Title and that the modification of the plan should be confirmed.

    It is therefore ORDERED that the modification is hereby approved subject to the following terms, conditions and restrictions:

    It is further ORDERED that except as expressly provided by the modification, the terms, conditions and restrictions of the Order Confirming the Plan shall remain in full force and effect.

BY THE COURT:

**Date: March 8, 2019**