United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
David A. Repyneck  
    Debtor

Case No. 17-15975-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Mar 08, 2019  
                  Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2019.
```
db           +David A. Repyneck,    2265 Silver Creek Road,    Hellertown, PA 18055-2012
cr           +Capital One Bank (USA) N.A Cabelas Club Visa by Am,    4515 N Santa Fe Ave,
               Oklahoma City, OK 73118-7901
cr           +USAA Federal Savings Bank,    Weinstein & Riley, P.S.,    2001 Western Avenue, Suite 400,
               Seattle, WA 98121-3132
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2019 at the address(es) listed below:
```
              DAVID L. MARSHALL    on behalf of Debtor David A. Repyneck DMARSHALL@EASTBURNGRAY.COM,
               eseckinger@eastburngray.com;marshalldr81618@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    USAA Federal Savings Bank bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    USAA Federal Savings Bank kbuttery@rascrane.com
              LISA  CANCANON    on behalf of Creditor    USAA Federal Savings Bank LisaC@w-legal.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    USAA Federal Savings Bank bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
               RRamos-Cardona@fredreiglech13.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT  WATERMAN RRamos-Cardona@fredreiglech13.com
              SCOTT  WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: CHAPTER 13

DAVID REPYNECK  :  CASE NO. 2017-15975
                :  Date:  -3/07/2019
                   Time:  9:30 a.m.
                   Place: Courtroom 1
                   400 Washington Street
                   Reading, PA  19601

ORDER APPROVING MODIFICATION OF PLAN AFTER CONFIRMATION

    This matter having come before the Court in respect to a modification of the Chapter 13 plan confirmed on May 3, 2018, and after consideration of the objection by the Chapter 13 Trustee, the Court finds that the modified plan complies with the provisions of Chapter 13, of Title 11 U.S.C. and other applicable provisions of that Title and that the modification of the plan should be confirmed.

    It is therefore ORDERED that the modification is hereby approved subject to the following terms, conditions and restrictions:

    It is further ORDERED that except as expressly provided by the modification, the terms, conditions and restrictions of the Order Confirming the Plan shall remain in full force and effect.

BY THE COURT:

**Date: March 8, 2019**