UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :
                                          :
    DAVID A. REPYNECK              : Bankruptcy No. 17-15975REF
                                          :
        Debtor              : Chapter 13

## ORDER

AND NOW, upon consideration of the Motion for Disbursement filed by the Standing Chapter 13 Trustee, and any answer filed thereto, and after notice and a hearing it is

**ORDERED**, that the Standing Chapter 13 Trustee is authorized to immediately disburse to USAA Federal Savings Bank the sum of Five Thousand One Hundred Thirty-Five and 07/100 Dollars ($5,135.07):

BY THE COURT

3/28/19    _____
HON. RICHARD E. FEHLING
BANKRUPTCY JUDGE

Interested Parties:

Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
Reading, PA 19606-0410

David L. Marshall, Esq.
Eastburn & Gray P.C.
60 East Court St.
Doylestown, PA 18901

David A. Repyneck
2265 Silver Creek Road
Hellertown, PA 18055

Dave Adams, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107