United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 17-15975-ref
David A. Repyneck                                                             Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Lisa              Page 1 of 1               Date Rcvd: Mar 28, 2019
                 Form ID: pdf900          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2019.
```
db             +David A. Repyneck,    2265 Silver Creek Road,    Hellertown, PA 18055-2012
cr             +Capital One Bank (USA) N.A Cabelas Club Visa by Am,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
cr             +USAA Federal Savings Bank,    Weinstein & Riley, P.S.,    2001 Western Avenue, Suite 400,
                 Seattle, WA 98121-3132
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2019 at the address(es) listed below:
```
              DAVID L. MARSHALL    on behalf of Debtor David A. Repyneck DMARSHALL@EASTBURNGRAY.COM,
               eseckinger@eastburngray.com;marshalldr81618@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    USAA Federal Savings Bank bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    USAA Federal Savings Bank kbuttery@rascrane.com
              LISA  CANCANON    on behalf of Creditor    USAA Federal Savings Bank LisaC@w-legal.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    USAA Federal Savings Bank bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
               RRamos-Cardona@fredreiglech13.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT  WATERMAN RRamos-Cardona@fredreiglech13.com
              SCOTT  WATERMAN    ECFmail@fredreiglech13.com,    ECF_FRPA@Trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```
                                                                                                                   TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                :
                                      :
    DAVID A. REPYNECK                 : Bankruptcy No. 17-15975REF
                                      :
        Debtor                        : Chapter 13

## ORDER

AND NOW, upon consideration of the Motion for Disbursement filed by the Standing Chapter 13 Trustee, and any answer filed thereto, and after notice and a hearing it is

ORDERED, that the Standing Chapter 13 Trustee is authorized to immediately disburse to USAA Federal Savings Bank the sum of Five Thousand One Hundred Thirty-Five and 07/100 Dollars ($5,135.07):

BY THE COURT

3/28/19    _____
HON. RICHARD E. FEHLING
BANKRUPTCY JUDGE

Interested Parties:

Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
Reading, PA 19606-0410

David L. Marshall, Esq.
Eastburn & Gray P.C.
60 East Court St.
Doylestown, PA 18901

David A. Repyneck
2265 Silver Creek Road
Hellertown, PA 18055

Dave Adams, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107