

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA



IN RE: DAVID A REPYNECK

CHAPTER 13 CASE NO. 17-15975

## NOTICE of CREDITOR ADDRESS CHANGE for PAYMENTS

| | |
|---|---|
| NAME | OSLA/U.S. DEPARTMENT OF EDUCATION |
| OLD PAYMENT ADDRESS | U.S. DEPARTMENT OF EDUCATION |
| | PO BOX 530278 |
| | ATLANTA GA 30353-0278 |
| **NEW PAYMENT ADDRESS** | **U.S. DEPARTMENT OF EDUCATION** |
| | **PO BOX 4278** |
| | **PORTLAND OR 97208-4278** |

DATE October 17, 2019                     Signed Emily Wright Project Coordinator