UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DAVID A. REPYNECK           :        Chapter 13
        Debtor

USAA FEDERAL SAVINGS BANK          :        Bankruptcy No. 17-15975 PMM
        Movant

    - VS -

DAVID A. REPYNECK
        Debtor

SCOTT F. WATERMAN
        Trustee                      :

**ANSWER TO MOTION OF USAA FEDERAL SAVINGS BANK
FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362**

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Denied.

6. Denied. To the contrary, Nationstar agreed to post payment on Monday, March 16, 2020, but was delayed by reason of the Coronavirus. The payment will cover the delinquency for February. Denied that a payment was missed in January 2020. Strict proof thereof demanded at time of hearing. Respondent anticipates receipt of his income tax refund check from the Federal government with which to pay the March payment. Respondent disputes the payment history.

7. Denied. It is specifically denied that Movant incurred legal fees of $850 to prepare a Motion for Relief from the Automatic Stay.

8. Denied. Respondent requests a correct copy of the post-petition loan history. Respondent disputes the charge of $850 for preparing a Motion for Relief from Stay.

9. Denied. To the contrary, Respondent has attempted to remain current post-petition although his wife has been disabled. Leslie Repyneck has recently returned to work. Movant has at all times attempted to honor all terms and conditions of his mortgage.

10. Denied as setting forth a legal conclusion to which no responsive pleading is required.

WHEREFORE Respondent requests an Order be entered striking the Motion for Relief and dismissing the request for $850.00 in attorney's fees for preparing a Motion for Relief.

               EASTBURN AND GRAY, P.C.

By: /s/ David L. Marshall
David L. Marshall, Esquire
Attorney for Debtor
Attorney I. D. No. 19356
Eastburn and Gray, P.C.
60 East Court Street
Doylestown, PA 18901
(215)345-7000
Fax No. 215-345-9142

Dated: _____, 2020