# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:   DAVID REPYNECK | : | CHAPTER 13 |
| | : | CASE NO. 17-15975REF |
| | : | Date:   April 14< 2020 |
| | | Time:   9:00 a.m. |
| | | Place: United States Bankruptcy Court |
| | | Court Room #1, 3rd Floor |
| | | 400 Washington Street |
| | | Reading, PA   19601 |

## CERTIFICATION OF SERVICE

The undersigned certifies that on March 26, 2020,   I caused the Debtor's Answer to Motion for Relief   to be served via electronic service upon the Chapter 13 Trustee, United States Trustee, USAA Federal Savings Bank.

 /s/David Marshall

David L. Marshall
EASTBURN AND GRAY, P.C.
David L. Marshall, Esquire
Attorney I. D. #19356
60 East Court Street
P. O. Box 1389
Doylestown, PA   18901-0137
215-345-7000
Fax 215-345-9142
dmarshall@eastburngray.com

Attorney for Debtor David Repyneck

Dated:   March 36, 2020

1