# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David A. Repyneck<br>            Debtor<br><br>USAA FEDERAL SAVINGS BANK<br>            Movant<br>    vs.<br><br>David A. Repyneck<br>            Debtor<br><br>Scott F. Waterman, Esquire<br>            Trustee | CHAPTER 13<br><br><br><br><br>NO. 17-15975 PMM<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Motion for Relief from Stay of USAA FEDERAL SAVINGS BANK, which was filed with the Court on or about March 18, 2020 (Document No. 51).

                                        Respectfully submitted,

                                        **/s/ Rebecca A. Solarz, Esquire**
                                        Rebecca A. Solarz, Esquire
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        215-627-1322

May 11, 2020