IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-15975-pmm |
| | : | |
| David A. Repyneck, | : | |
| | : | Chapter 13 |
| Debtor(s) | : | |

## NOTICE FOR WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Lisa Cancanon, of the firm Weinstein & Riley, P.S., hereby withdraws as counsel of record for USAA Federal Savings Bank in this bankruptcy proceeding. The undersigned attorney requests removal from the notice list in this case and acknowledges that this will result in paper and electronic notices being discontinued.

Date: 6/29/2020                    Movant/Attorney:  /s/ Lisa Cancanon
                                   Lisa Cancanon, Bar No. 323550
                                   Weinstein & Riley, P.S.
                                   11101 West 120th Ave, Ste 280
                                   Broomfield, Colorado 80021
                                   Phone: (303) 539-8607
                                   Email: lisac@w-legal.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2020, I served a copy of *NOTICE FOR WITHDRAWAL OF COUNSEL* on the following parties via first class mail or caused them to be served with a Notice of Electronic Filing.

<u>Trustee via E-Filing</u>
SCOTT F. WATERMAN
ECFMail@ReadingCh13.com

<u>Debtor's Counsel via E-Filing</u>
DAVID L. MARSHALL
DMARSHALL@EASTBURNGRAY.COM

<u>U.S. Trustee via E-Filing</u>
U.S. Trustee
USTPRegion03.PH.ECF@usdoj.gov

<u>Debtor via First-Class Mail</u>
David A Repyneck
2265 Silver Creek Road
Hellertown, PA 18055

/s/Jordyn Robertson
Jordyn Robertson
Weinstein & Riley, P.S.
2001 Western Avenue, Suite 400
Seattle, WA  98121
Phone: 206-269-3490