Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
**Chapter 13 Case No. 17-15975-PMM**

DAVID A  REPYNECK  
2265 SILVER CREEK ROAD  
HELLERTOWN  PA    18055

Petition Filed Date: 09/05/2017  
341 Hearing Date: 11/14/2017  
Confirmation Date: 05/03/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $1,045.00 | | 02/05/2019 | $1,045.00 | | 03/06/2019 | $1,045.00 | |
| 04/05/2019 | $807.66 | | 05/06/2019 | $807.66 | | 06/06/2019 | $807.66 | |
| 07/08/2019 | $807.66 | | 08/07/2019 | $807.66 | | 09/04/2019 | $807.66 | |
| 10/07/2019 | $807.66 | 6234296000 | 11/04/2019 | $807.66 | 6305062000 | 12/04/2019 | $807.66 | 6380917000 |
| 01/03/2020 | $807.66 | 6452729000 | 02/05/2020 | $807.66 | 6532747000 | 03/02/2020 | $807.66 | 6608567000 |
| 04/06/2020 | $807.66 | 6689437000 | 05/04/2020 | $807.66 | 6766882000 | 06/05/2020 | $807.66 | 6842853000 |
| 07/06/2020 | $807.66 | 6920259000 | 08/04/2020 | $807.66 | 6991837000 | | | |

**Total Receipts for the Period: $16,865.22    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $36,027.25**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | ARMY & AIR FORCE EXCHANGE SERVICES<br>»» 004 | Unsecured Creditors | $1,063.16 | $0.00 | $1,063.16 |
| 6 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 006 | Unsecured Creditors | $73.11 | $0.00 | $73.11 |
| 9 | BANK OF AMERICA NA<br>»» 009 | Unsecured Creditors | $6,741.90 | $0.00 | $6,741.90 |
| 7 | CAPITAL ONE BANK (USA) NA CABELAS CLUB VISA<br>»» 007 | Unsecured Creditors | $15,862.21 | $0.00 | $15,862.21 |
| 5 | NATIONSTAR MORTGAGE LLC<br>»» 005 | Mortgage Arrears | $39,975.31 | $20,335.43 | $19,639.88 |
| 1 | PA SCDU<br>»» 001 | Priority Crediors | $5,325.07 | $5,325.07 | $0.00 |
| 3 | USAA FEDERAL SAVINGS BANK<br>»» 003 | Secured Creditors | $5,854.45 | $5,854.45 | $0.00 |
| 8 | USAA FEDERAL SAVINGS BANK<br>»» 008 | Unsecured Creditors | $12,871.85 | $0.00 | $12,871.85 |
| 2 | US DEPT OF EDUCATION<br>»» 002 | Unsecured Creditors | $4,676.99 | $0.00 | $4,676.99 |

**Chapter 13 Case No. 17-15975-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $36,027.25 | Current Monthly Payment: | $807.66 |
| Paid to Claims: | $31,514.95 | Arrearages: | ($237.34) |
| Paid to Trustee: | $3,058.52 | Total Plan Base: | $55,981.41 |
| Funds on Hand: | $1,453.78 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.