# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David A. Repyneck<br>　　　　　　　Debtor | CHAPTER 13 |
| USAA FEDERAL SAVINGS BANK<br>　　　　　　　Movant<br>　　vs.<br>David A. Repyneck<br>　　　　　　　Debtor | NO. 17-15975 PMM |
| Scott F. Waterman, Esquire<br>　　　　　　　Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Certificate of No Response of USAA FEDERAL SAVINGS BANK regarding the Motion for Relief from Stay re: 2265 Silver Creek Road, Hellertown, PA 18055, which was filed with the Court on or about February 24, 2021 (Doc. No, 62).

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　215-627-1322

February 26, 2021