# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| David A. Repyneck, | : | Case No.   17-15975 – PMM |
| | : | |
| | : | |
| Debtor. | : | |

# O R D E R

**AND NOW**, upon consideration of USAA Federal Savings Bank's Motion for Relief from Stay re: 2265 Silver Creek Road, Hellertown, PA 18055 ("the Motion") (Doc. # 60) and the Debtor's Response (Doc. # 63);

**AND**, the parties having reported this matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **April 29, 2021,** the parties shall either file the Stipulation or a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result the Motion being denied without further notice or hearing.

Date:  March 30, 2021

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE