UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :        CHAPTER 13

DAVID REPYNECK,                     :        CASE NO. 2017-15975
        Debtor                  :        Date:  9/30/2021
                                    :        Time:   11:00 a.m.
                                    :        Place:   Courtroom 1
                                    :        201 Penn Street, 4th Floor
                                    :        Reading, PA  19601

ORDER

AND NOW, this _____ day of _____ 2021, after notice and hearing, the

Debtor's Petition for Extension of Time is granted and Paragraph 2 of the Order of April 21,

2021 is modified to provide that the debtor shall cure arrearages in the following manner:

    a)  debtor shall submit a substantially complete loss mitigation application by

        October 1, 2021;

    b)  debtor shall obtain a trial  modification by November 1, 2021

    **c)**  debtor shall obtain a permanent modification by February 1, 2022

In all other respects, the order of April 21, 2021 is confirmed without modification.

_____
Bankruptcy Judge
Patricia M. Mayer, Esq.