September 15, 2021;

    b. debtor shall obtain a trial modification by November 1, 2021, and

    c. seller shall obtain a permanent loan modification by February 1, 2022

WHEREFORE, David Repyneck, Debtor in the above captioned proceedings, moves that after notice and hearing, that this Motion for Extension of Time be granted, and for all other general and equitable relief.

Respectfully submitted,

/s/ _David L. Marshall_

David L. Marshall

EASTBURN AND GRAY, P.C.
David L. Marshall, Esquire
Attorney I. D. #19356
60 East Court Street
P. O. Box 1389
Doylestown, PA 18901-0137
215-345-7000
Fax 215-345-9142
dmarshall@eastburngray.com

Attorney for Debtor
David A. Repyneck

Dated: September 9, 2021

W:\DLM\DLM FILES\Repyneck, David\Pleadings\Motin to Modify Plan\motion for extension of time\Motion to Modify Order.docx