United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-15975-pmm |
| David A. Repyneck | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 09, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David A. Repyneck, 2265 Silver Creek Road, Hellertown, PA 18055-2012 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 11, 2021 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID L. MARSHALL | on behalf of Debtor David A. Repyneck DMARSHALL@EASTBURNGRAY.COM eseckinger@eastburngray.com;marshalldr81618@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor USAA Federal Savings Bank bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor USAA Federal Savings Bank bkgroup@kmllawgroup.com |
| KEVIN M. BUTTERY | on behalf of Creditor USAA Federal Savings Bank cdigianantonio@rascrane.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor USAA Federal Savings Bank bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 09, 2021 | Form ID: pdf900 | Total Noticed: 1 |

    on behalf of Creditor USAA Federal Savings Bank bkgroup@kmllawgroup.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

    September 15, 2021;

    b. debtor shall obtain a trial modification by November 1, 2021, and

    c. seller shall obtain a permanent loan modification by February 1, 2022

WHEREFORE, David Repyneck, Debtor in the above captioned proceedings, moves that after notice and hearing, that this Motion for Extension of Time be granted, and for all other general and equitable relief.

    Respectfully submitted,

    /s/   *David L. Marshall*

    David L. Marshall

    EASTBURN AND GRAY, P.C.
    David L. Marshall, Esquire
    Attorney I. D. #19356
    60 East Court Street
    P. O. Box 1389
    Doylestown, PA  18901-0137
    215-345-7000
    Fax 215-345-9142
    dmarshall@eastburngray.com

    Attorney for Debtor
    David A. Repyneck

Dated: September 9, 2021

W:\DLM\DLM FILES\Repyneck, David\Pleadings\Motin to Modify Plan\motion for extension of time\Motion to Modify Order.docx