UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| DAVID REPYNECK, | : | CASE NO. 2017-15975 |
| Debtor | : | Date: 9/30/2021 |
| | : | Time: 11:00 a.m. |
| | : | Place: Courtroom 1 |
| | : | 201 Penn Street, 4th Floor |
| | | Reading, PA  19601 |

CERTIFICATION OF NO RESPONSE

I, DAVID L. MARSHALL, ESQUIRE, hereby certify that no answer or objection or other responsive pleading has been received with regard to the Motion to Extend Time ("Motion") (Dkt 73) which was filed on September 9, 2021.  The response date on the motion was on or before September 26, 2021, which was more than 15 days from the date of service.  I further certify that counsel for USAA/Nationstar agrees to entry of the proposed form of order (Dkt 75 ) (see exhibit A).

/s/ David L. Marshall, Esquire

EASTBURN AND GRAY, P.C.
David L. Marshall, Esquire
Attorney I. D. #19356
60 East Court Street
P. O. Box 1389

Doylestown, PA  18901-0137
215-345-7000
Fax 215-345-9142
dmarshall@eastburngray.com

Attorney for Debtor

EXHIBIT "A"

Thomas F. J. MacAniff
John A. VanLuvanee
Derek J. Reid*
D. Rodman Eastburn
Joanne D. Sommer
John N. Schaeffer, III
David L. Marshall
Grace M. Deon*
G. Michael Carr*
Robert M. Cox*
William T. Dudeck*
Kimberly Litzke
Kellie A. McGowan*
Marc D. Jonas
Judy Hayman*
Julie L. Von Spreckelsen*
Mark S. Cappuccio
Robert R. Watson, Jr.
Hugh J. Algeo, IV*
Michael E. Peters*
Erin K. Aronson*
Sarah A. Eastburn *
R. Rex Herder, Jr.
Henry E. Van Blunk*
Zachary A. Sivertsen*
Joan R. Price
Michael T. Pidgeon*
Jennifer N. Donaldson*

Of Counsel
Frank N. Gallagher
Charles H. Dorsett, Jr.
Kenneth R. Williams
Eric R. Tobin

*Also admitted in
New Jersey

**David L. Marshall, Esquire**
60 East Court Street
P.O. Box 1389
Doylestown, PA 18901
P: (215) 345-7000
F: (215) 345-9142
E: dmarshall@eastburngray.com

September 28, 2021

Barbara Spinka
The Gateway Building
201 Penn Street, 4th Floor
Reading, PA 1960

        Re:    David Repyneck
               Case No. 2017-15975

Dear Barb:

      Counsel for USAA/Nationstar and debtor have agreed to the entry of an order in the attached format. Please confirm this procedure is acceptable to Judge Mayer.

                            Respectfully submitted,

                            /s/Rebecca A. Solarz, Esq.
                            Rebecca A. Solarz, Esquire
                            KML Law Group, P.C.

                            David L. Marshall, Esquire
                            Eastburn & Gray, P.C.
                            Counsel for Debtor

DLM:smr
Cc:    Scott F. Waterman, Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
info@readingch13.com
cc: David Repyneck

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :        CHAPTER 13

DAVID REPYNECK,                     :        CASE NO. 2017-15975
    Debtor                          :        Date: 9/30/2021
                                    :        Time: 11:00 a.m.
                                    :        Place: Courtroom 1
                                    :        201 Penn Street, 4th Floor
                                    :        Reading, PA 19601

## ORDER

AND NOW, this _____ day of _____ 2021, after notice and hearing, the Debtor's Petition for Extension of Time is granted and Paragraph 2 of the Order of April 21, 2021 is modified to provide that the debtor shall cure arrearages in the following manner:

    a) debtor shall submit a substantially complete loss mitigation application by October 1, 2021;

    b) debtor shall obtain a trial modification by November 1, 2021

    c) debtor shall obtain a permanent modification by February 1, 2022

In all other respects, the order of April 21, 2021 is confirmed without modification.

                                                  Bankruptcy Judge
                                                  Patricia M. Mayer, Esq.