UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    DAVID REPYNECK    :    CHAPTER 13
          :    CASE NO. 17-15975REF

## CERTIFICATION OF SERVICE

I David L. Marshall Attorney for debtor do hereby certify the true and correct copies of the forgoing certification of no contest, have been served on September 28 2021, by electronic means upon the following:

Debtor, David Repyneck

Trustee, Scott F. Waterman

Chapter 13 Trustee
2901 St. Lawrence Ave. Suite 100
Reading, PA 19006, via ECF

United States Office, United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

The ECF Counsel for Movant, Rebecca A. Solarz, Esquire
KLM Law Group,
PC 701 Market Street, Suite 5000
Philadelphia, PA 19106-1532. Via ECF

        /s/David Marshall

David L. Marshall
EASTBURN AND GRAY, P.C.
David L. Marshall, Esquire
Attorney I. D. #19356
60 East Court Street
P. O. Box 1389
Doylestown, PA   18901-0137
215-345-7000
Fax 215-345-9142
dmarshall@eastburngray.com
Attorney for Debtor David Repyneck

Dated: September 28, 2021