UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| In re: David A. Repyneck, | : | Chapter 13 |
| | : | |
| Debtor. | : | Bky. No. 17-15975 (PMM) |
| | : | |
| | : | |

### ORDER DENYING MOTION TO EXTEND TIME

**AND NOW**, upon consideration of the Debtor's Motion to Extend Time to Comply with Order of April 20, 2021 (doc. # 73, the "Motion"):

**AND** a hearing on the Motion having been held and concluded on September 30, 2021;

**AND** for the reasons stated on the record in open court, the **Motion** is **denied**.

Dated: 9/30/21

*Patricia M. Mayer*
_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**