UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DAVID A. REPYNECK          :     Chapter 13
        Debtor

                                                                    :     Bankruptcy No. 17-15975 PMM
                                                                    :
                                                                    :     date:   01/13/2022
                                                                    :     Time:   10:00 AM
                                                                    :     Place: U.S. bankruptcy court

**ANSWER TO MOTION OF CHAPTER 13 TRUSTEE TO DISMISS**

TO THE HONORABLE, THE JUDGES OF THE UNITED STATES BANKRUPTCY COURT:

David Repyneck, Debtor, responds to the Trustee's Motion to Dismiss as follows:

1. Admitted.

2. Admitted.

3.     Denied. To satisfy feasibility, a debtor's plan must have a reasonable likelihood of success, i.e., that it is likely that the debtor will have the necessary resources to make all payments as directed by the plan." First National Bank of Boston v. Fantasia (In re Fantasia), 211 B.R. 420, 423 (1st Cir. BAP 1997); In re Ellis, No. 05-39345DWS, 2006 Bankr. LEXIS 1048, 2006 WL 1555692, at *5 (Bankr. E.D. Pa. May 16, 2006) In re Asken, 2007 Bankr. LEXIS 1198, *10-11

Debtor meets his burden of proof based upon Movant's Case Status Report that shows Debtor has paid into the plan $49,182.49. See Exhibit A. Movant, Scott Waterman, is holding $1,580.01. Movant does not explain why he is holding this sum. The alleged cure delinquency is $40.34. The amount required to complete the confirmed plan is $6,798.92. The Court confirmed a 60 month plan based upon its finding that the plan was feasible.

Debtor is paying $807.66 monthly and will shortly complete making all payments required by the plan. Movant has yet to credit debtor's December 2021 payment, which will reduce the amount required told complete the plan. Debtor has remained current in his plan payments and will complete plan payment in a timely fashion within 60 months

Debtor has complied with USAA/Nationstar' numerous and varied document requests. (Dkt. 73). Debtor does not control how USAA/Nationstar processes his documents; however, debtor has the resources to complete the plan.

WHEREFORE Respondent requests an Order be entered denying the Motion to Dismiss and permitting Debtor to pay his creditors.

EASTBURN AND GRAY, P.C.

By:   /s/ David L. Marshall
      David L. Marshall, Esquire
      Attorney for Debtor
      Attorney I. D. No. 19356
      Eastburn and Gray, P.C.
      60 East Court Street
      Doylestown, PA 18901
      (215)345-7000
      Fax No. 215-345-9142

Dated: _____, 2021

**Case Number 1715975**

## Debtor Information

Debtor 1    DAVID A REPYNECK
Debtor 2

## Trustee Information

Trustee    Scott F. Waterman

**Status**

Data Last Updated    Dec 01, 2021

Total Paid into Plan    $49,182.49

Petition Filed on    Sep 05, 2017

**Debtor's Latest Payments**

| | | |
|---|---|---|
| EPAY - PLAN PAYMENT | $807.66 | 11/29/2021 |
| EPAY - CURE DELINQUENCY | $40.34 | 11/29/2021 |
| EPAY - PLAN PAYMENT | $807.66 | 11/01/2021 |

### CASE INFORMATION

| | | | | |
|---|---|---|---|---|
| Case Number | 1715975 | Filing Fee in Plan | | |
| Chapter | 13 | Filing Fee Paid to Date | | |
| Case Status | Active | Date Petition Filed | 09/05/2017 | |
| NDC Case Status | Active-Open | Date Plan Filed | 09/05/2017 | |
| Balance on Hand | $1,560.01 | First 341 Meeting Date | 11/14/2017 | |
| Last Receipt Date | 11/29/2021 | | | |
| Last Receipt Amount | $807.66 | Date Case Confirmed | 05/03/2018 | |
| Last Disbursement Date | 11/29/2021 | Date Case Closed | | |
| Total Plan Payments Required | $55,981.41 | | | |
| Total Paid into Plan | $49,182.49 | | | |
| Total Paid to all Parties | $47,622.48 | | | |
| Total Paid to Creditors | | | | |

Additional Parties In Interest

### TRUSTEE INFORMATION

| | |
|---|---|
| Trustee Name | Scott F. Waterman |
| Trustee City | Reading, PA |
| Amount Paid to Date | $4,153.41 |

### JUDGE/ATTORNEY INFORMATION

| | |
|---|---|
| Judge Name | Patricia M. Mayer |
| Attorney Name | DAVID L MARSHALL ESQ |
| Attorney Fee in Plan | |
| Attorney Paid to Date | |
| Attorney Fee Paid Outside Plan | |

### DEBTOR INFORMATION

| | | | |
|---|---|---|---|
| Debtor 1 | | Debtor 2 | |
| Debtor Name | DAVID A REPYNECK | Debtor Name | |
| Direct Payment Amt | $807.66 | Direct Payment Amt | |
| Direct Payment Frequency | MONTHLY | Direct Payment Frequency | |
| Payroll Deduction Amt | | Payroll Deduction Amt | |

| START DATE | END DATE | NUMBER OF PAY PERIODS | PAYMENT AMOUNT | PAYMENT FREQUENCY |
|---|---|---|---|---|
| 10/05/2017 | 02/04/2019 | 16 | $1,250.12 | MONTHLY |
| 02/05/2019 | 03/04/2019 | 1 | $1,250.11 | MONTHLY |
| 03/05/2019 | 10/04/2022 | 43 | $807.66 | MONTHLY |