UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DAVID A. REPYNECK : Chapter 13
      Debtor

: Bankruptcy No. 17-15975 PMM
:
: Date:   01/13/2022
: Time:   10:00 AM
: Place:  U.S. bankruptcy court

## CERTIFICATION OF SERVICE

    I David L. Marshall,   Attorney for debtor do hereby certify the true and correct copies of the debtor's answer to trustee's motion to dismiss, have been served on December 9,   2021, by electronic means upon the following:

Debtor, David Repyneck

Chapter 13 Trustee, Scott F. Waterman
2901 St. Lawrence Ave. Suite 100
Reading, PA 19006, via ECF

United States Office, United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

Rebecca A. Solarz, Esquire
KLM Law Group,
PC 701 Market Street, Suite 5000
Philadelphia, PA 19106-1532.

      /s/David Marshall

      David L. Marshall
      EASTBURN AND GRAY, P.C.
    David L. Marshall, Esquire

Dated: December 8, 2021      Attorney I. D. #19356
      60 East Court Street
      P. O. Box 1389
      Doylestown, PA   18901-0137
      215-345-7000
      Fax 215-345-9142
      dmarshall@eastburngray.com