UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| DAVID REPYNECK, | : | CASE NO. 2017-15975 |
| Debtor | : | Date:  March 10, 2022 |
| | : | Time:  10:00 a.m. |
| | : | Place:  Courtroom 1 |
| | : | 201 Penn Street, 4th Floor |
| | : | Reading, PA  19601 |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

David Repyneck has filed a Motion to Modify Confirmed Plan with the Court to reflect the payment of the mortgage arrears pursuant to a loan modification.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the Court to grant relief sought in the motion or if you want the Court to consider your views on the motion, then on or before March 6, 2022  you or your attorney must do all of the following:

    (a) file an answer explaining your position at:

    Clerk's Office, U. S. Bankruptcy Court
    400 Washington Street
    Reading, PA 19601

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the Movant's attorney:

    David L. Marshall, Esquire
    60 East Court Street
    P. O. Box 1389
    Doylestown, PA  18901-0137

    2.    If you or your attorney do not take the steps described in Paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the motion.

    3.    A hearing on the motion is scheduled to be held before the Honorable Patricia Mayer on March 10, 2022 at 10:00 a. m. in Court Room No 1, United States Bankruptcy Court, The Gateway Building, 201 Penn Street, 4th Floor, Reading, PA 19601. Unless the Court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P 9014(d).

    4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorneys named in Paragraph 1(b).

    5.    You may contact the Bankruptcy Clerk's Office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

    EASTBURN & GRAY, P.C.

    By:    /s/ David L. Marshall

    David L. Marshall, Esquire
    Attorney for David Repyneck
    Attorney I. D. No. 19356
    Eastburn and Gray, P.C.
    60 East Court Street
    Doylestown, Pa. 18901
    (215)345-7000
    Fax No. 215-542-9421

Dated: February 9, 2022

## CERTIFICATE OF SERVICE

    AND NOW this 9[h] day of March, 2022, DAVID L. MARSHALL hereby certifies that he served the Notice of Debtor's Motion to Modify Plan upon the following parties indicated below:

**By electronic notice only:**
Scott Waterman, Esquire
Standing Chapter 13 Trustee
2901 St. Lawrence Ave, Suite 100
Reading, PA 19606

Office of the U. S. Trustee
833 Chestnut Street, Suite 501
Philadelphia, PA 19107

Rebecca Solarz, Esq.
KM Al Law group, PC
Suite 5000, BNY Mellon Independence Center
701 Market St.,
Philadelphia PA 19106 – 1532

**By United States Mail Postage Prepaid**

    George Morrison, Esquire
    Weinstein & Riley P.S.
    2001 Western Avenue - Suite 400
    Seattle, Washington 98121

    Cynthia A. Sallustio
    Court Operations Officer
    LEHIGH COUNTY DOMESTIC RELATIONS
    14 North 6th Street
    Allentown, PA 18101

    Courtney Rediger
    PO Box 82609
    Lincoln, NE 68501-2609

                                    EASTBURN & GRAY, P.C.
                                    By: */s/David L. Marshall*
                                    David L. Marshall, Esquire
                                    Attorney I. D. No. 19356
                                    Eastburn and Gray, P.C.

                                          60 East Court Street  
                                          Doylestown, Pa. 18901  
                                          (215)345-7000 - Telephone  
                                          (215)345-9142 – Facsimile  
                                          dmarshall@eastburngray.com  
                                          Attorneys for Debtors

Date: February 9, 2022