UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DAVID REPYNECK, | : | CASE NO. 2017-15975 |
| Debtor | : | Date: **March 10,2022** |
| | : | **Time: 10**:00 a.m. |
| | : | Place:  Courtroom 1 |
| | : | 201 Penn Street, 4th Floor |
| | | Reading, PA  19601 |

ORDER

AND NOW, this _____ day of _____ 2022, after notice and hearing, the Debtor's motion to modify the plan is granted and it is ordered that the  debtor's proposed 9th amended plan of reorganization is confirmed..

_____

Patricia M. Mayer
Judge United States bankruptcy court