UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DAVID REPYNECK, | : | CASE NO. 2017-15975 |
| Debtor | : | Date:  March 10, 2022 |
| | : | Time:   10:00 a.m. |
| | : | Place:   Courtroom 1 |
| | : | 201 Penn Street, 4th Floor |
| | | Reading, PA  19601 |

CERTIFICATION OF NO CONTEST

I, DAVID L. MARSHALL, ESQUIRE, Applicant, hereby certify that no answer or objection or other responsive pleading has been received with regard to the Motion to Modify Plan.  Debtor requests confirmation of the MODIFICATION OF PLAN AFTER CONFIRMATION filed on February 9, 2022.  The response date to the Motion was on or before March 6, 2022, which was more than fifteen (15) days from the date of service.

/*/s/ David L. Marshall, Esquire*

**EASTBURN AND GRAY, P.C.**
**David L. Marshall, Esquire**
**Attorney I. D. #19356**
**60 East Court Street**
**P. O. Box 1389**

**Doylestown, PA  18901-0137**
**215-345-7000**
**Fax 215-345-9142**
**dmarshall@eastburngray.com**

**Attorney for Debtor**

DATED:     March 8, 2022