UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DAVID REPYNECK, | : | CASE NO. 2017-15975 |
| Debtor | : | Date:  March 10, 2022 |
| | : | Time:   10:00 a.m. |
| | : | Place:   Courtroom 1 |
| | : | 201 Penn Street, 4th Floor |
| | | Reading, PA  19601 |

PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK:

Please withdraw Document 93 (proposed form of Order)

/**/s/** *David L. Marshall, Esquire*

**EASTBURN AND GRAY, P.C.**
**David L. Marshall, Esquire**
**Attorney I. D. #19356**
**60 East Court Street**
**P. O. Box 1389**

**Doylestown, PA  18901-0137**
**215-345-7000**
**Fax 215-345-9142**
**dmarshall@eastburngray.com**

**Attorney for Debtor**

DATED:      March 9, 2022