UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :         CHAPTER 13

DAVID REPYNECK,                       :         CASE NO. 2017-15975
      Debtor                          :         Date:  March 10, 2022
                                      :         Time:   10:00 a.m.
                                      :         Place:  Courtroom 1
                                      :         201 Penn Street, 4th Floor
                                                Reading, PA  19601

**ORDER**

    AND NOW, this _____day of March 2022, after notice and hearing, the Debtor's motion to modify the confirmed plan is granted and it is ordered that the debtor's proposed 10th Amended Plan of Reorganization dated March 8, 2022 is confirmed.

                                          _____
                                          Patricia M. MayEr
                                          Judge United S**tates Bankruptcy Court**