### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re David A. Repyneck,** | : |
| | :     Chapter 13 |
| | : |
| | :     Case No. 17-15975 (PMM) |
| | : |
| **Debtor.** | : |

### ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Motion to Modify the confirmed chapter 13 Plan (doc. # 91, the "Motion");

71 is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 96) is **approved**.

*/s/ Patricia M. Mayer*

**Date: 3/10/22**

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**