United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 17-15975-pmm

David A. Repyneck     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2

Date Rcvd: Mar 10, 2022     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + David A. Repyneck, 2265 Silver Creek Road, Hellertown, PA 18055-2012 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2022     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2022 at the address(es) listed below:

**Name**     **Email Address**

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor USAA Federal Savings Bank cwohlrab@raslg.com

DAVID L. MARSHALL
    on behalf of Debtor David A. Repyneck DMARSHALL@EASTBURNGRAY.COM
    eseckinger@eastburngray.com;marshalldr81618@notify.bestcase.com

DENISE ELIZABETH CARLON
    on behalf of Creditor USAA Federal Savings Bank bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
    on behalf of Creditor USAA Federal Savings Bank bkgroup@kmllawgroup.com

KEVIN M. BUTTERY
    on behalf of Creditor USAA Federal Savings Bank cdigianantonio@rascrane.com

MATTEO SAMUEL WEINER

District/off: 0313-4      User: admin      Page 2 of 2

Date Rcvd: Mar 10, 2022      Form ID: pdf900      Total Noticed: 1

on behalf of Creditor USAA Federal Savings Bank bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
on behalf of Creditor USAA Federal Savings Bank bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

ROLANDO RAMOS-CARDONA
on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

ROLANDO RAMOS-CARDONA
on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re David A. Repyneck,** : | |
| : | **Chapter 13** |
| : | |
| : | **Case No. 17-15975 (PMM)** |
| : | |
| **Debtor.** : | |

**ORDER GRANTING MOTION TO MODIFY PLAN**

**AND NOW** upon consideration of the Motion to Modify the confirmed chapter 13 Plan (doc. # 91, the "Motion");

71 is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 96) is **approved**.

*Patricia M. Mayer*

Date:  3/10/22

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**