Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606  

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
Chapter 13 Case No. 17-15975-PMM

DAVID A REPYNECK  
2265 SILVER CREEK ROAD  
HELLERTOWN  PA    18055  

Petition Filed Date: 09/05/2017  
341 Hearing Date: 11/14/2017  
Confirmation Date: 05/03/2018  

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/05/2021 | $807.66 | 7579204000 | 05/03/2021 | $807.66 | 7636180000 | 06/01/2021 | $807.66 | 7701526000 |
| 06/28/2021 | $807.66 | 7767374000 | 07/26/2021 | $807.66 | 7829544000 | 07/26/2021 | $50.00 | 7829544001Cu |
| 08/23/2021 | $420.00 | 7896183000 | 09/07/2021 | $440.00 | 7924833000 | 10/01/2021 | $807.66 | 7983375000 |
| 10/01/2021 | $50.00 | 7983375001Cu | 11/01/2021 | $807.66 | 8052897000 | 11/01/2021 | $40.00 | 8052897001Cu |
| 11/29/2021 | $807.66 | 8110416000 | 11/29/2021 | $40.34 | 8110416001Cu | 01/06/2022 | $807.66 | 8190525000 |
| 01/06/2022 | $50.00 | 8190525001Cu | 02/04/2022 | $807.66 | 8257586000 | 03/04/2022 | $807.66 | 8317699000 |
| 04/04/2022 | $640.77 | 8382479000 | 04/04/2022 | $125.00 | 8382479007Ot | 05/02/2022 | $640.77 | 8438525000 |
| 05/02/2022 | $160.00 | 8438525007Ot | 05/31/2022 | $640.77 | 8490545000 | 05/31/2022 | $160.00 | 8490545007Ot |
| 06/24/2022 | $640.77 | 8546122000 | 07/25/2022 | $640.77 | 8602246000 | | | |

**Total Receipts for the Period: $13,623.45    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $55,304.32**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 4 | ARMY & AIR FORCE EXCHANGE SERVICES<br>»» 004 | Unsecured Creditors | $1,063.16 | $0.00 | $1,063.16 |
| 6 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 006 | Unsecured Creditors | $73.11 | $0.00 | $73.11 |
| 9 | BANK OF AMERICA NA<br>»» 009 | Unsecured Creditors | $6,741.90 | $0.00 | $6,741.90 |
| 7 | CAPITAL ONE BANK (USA) NA CABELAS CLUB VISA<br>»» 007 | Unsecured Creditors | $15,862.21 | $0.00 | $15,862.21 |
| 5 | NATIONSTAR MORTGAGE LLC<br>»» 005 | Mortgage Arrears | $39,975.31 | $35,203.12 | $4,772.19 |
| 1 | PA SCDU<br>»» 001 | Priority Crediors | $5,325.07 | $5,325.07 | $0.00 |
| 3 | USAA FEDERAL SAVINGS BANK<br>»» 003 | Secured Creditors | $5,854.45 | $5,854.45 | $0.00 |
| 8 | USAA FEDERAL SAVINGS BANK<br>»» 008 | Unsecured Creditors | $12,871.85 | $0.00 | $12,871.85 |
| 2 | US DEPT OF EDUCATION<br>»» 002 | Unsecured Creditors | $4,676.99 | $0.00 | $4,676.99 |
| 0 | DAVID L MARSHALL ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 10 | NATIONSTAR MORTGAGE LLC<br>»» 05P | Secured Creditors | $14,027.23 | $3,099.52 | $10,927.71 |

Chapter 13 Case No. 17-15975-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $55,304.32 | Current Monthly Payment: | $640.77 |
| Paid to Claims: | $49,482.16 | Arrearages: | ($612.70) |
| Paid to Trustee: | $4,643.14 | Total Plan Base: | $70,710.87 |
| Funds on Hand: | $1,179.02 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.