Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 17-15975-PMM**

DAVID A REPYNECK  
2265 SILVER CREEK ROAD  
HELLERTOWN  PA   18055

Petition Filed Date: 09/05/2017  
341 Hearing Date: 11/14/2017  
Confirmation Date: 05/03/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2022 | $640.77 | 8657125000 | 09/30/2022 | $640.77 | 8737580000 | 09/30/2022 | $59.23 | 8737580006Bo |
| 10/31/2022 | $640.77 | 8792571000 | 10/31/2022 | $60.00 | 8792571007Ot | 11/14/2022 | $640.77 | 8823517000 |
| 11/14/2022 | $100.00 | 8823517007Ot | 01/05/2023 | $640.77 | 8921712000 | 02/03/2023 | $640.77 | 8979337000 |
| 02/21/2023 | $640.77 | 9003535000 | 04/04/2023 | $640.77 | 9094461000 | 05/02/2023 | $640.77 | 9146221000 |
| 05/26/2023 | $640.77 | 9186594000 | 05/26/2023 | $60.00 | 9186594006Bo | 06/23/2023 | $640.77 | 9235888000 |
| 06/23/2023 | $60.00 | 9235888006Bo | | | | | | |

**Total Receipts for the Period: $7,387.70    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $63,332.79**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | | CLAIMS AND DISTRIBUTIONS | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 4 | ARMY & AIR FORCE EXCHANGE SERVICES<br>»» 004 | Unsecured Creditors | $1,063.16 | $0.00 | $1,063.16 |
| 6 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 006 | Unsecured Creditors | $73.11 | $0.00 | $73.11 |
| 9 | BANK OF AMERICA NA<br>»» 009 | Unsecured Creditors | $6,741.90 | $0.00 | $6,741.90 |
| 7 | CAPITAL ONE BANK (USA) NA CABELAS CLUB VISA<br>»» 007 | Unsecured Creditors | $15,862.21 | $0.00 | $15,862.21 |
| 5 | NATIONSTAR MORTGAGE LLC<br>»» 005 | Mortgage Arrears | $39,975.31 | $37,425.45 | $2,549.86 |
| 1 | PA SCDU<br>»» 001 | Priority Crediors | $5,325.07 | $5,325.07 | $0.00 |
| 3 | USAA FEDERAL SAVINGS BANK<br>»» 003 | Secured Creditors | $5,854.45 | $5,854.45 | $0.00 |
| 8 | USAA FEDERAL SAVINGS BANK<br>»» 008 | Unsecured Creditors | $12,871.85 | $0.00 | $12,871.85 |
| 2 | US DEPT OF EDUCATION<br>»» 002 | Unsecured Creditors | $4,676.99 | $0.00 | $4,676.99 |
| 0 | DAVID L MARSHALL ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 10 | NATIONSTAR MORTGAGE LLC<br>»» 05P | Secured Creditors | $14,027.23 | $8,188.37 | $5,838.86 |

**Chapter 13 Case No. 17-15975-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $63,332.79 | Current Monthly Payment: | $640.77 |
| Paid to Claims: | $56,793.34 | Arrearages: | ($951.93) |
| Paid to Trustee: | $5,318.65 | Total Plan Base: | $70,710.87 |
| Funds on Hand: | $1,220.80 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.