United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 17-15975-pmm

David A. Repyneck                                                                   Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                              User: admin                                       Page 1 of 2

Date Rcvd: Jul 23, 2024                      Form ID: 234                            Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2024:**

**Recip ID**     **Recipient Name and Address**
db       +  David A. Repyneck, 2265 Silver Creek Road, Hellertown, PA 18055-2012

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2024                         Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2024 at the address(es) listed below:**

**Name**     **Email Address**

CHRISTOPHER A. DENARDO
     on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com

DAVID L. MARSHALL
     on behalf of Debtor David A. Repyneck DMARSHALL@EASTBURNGRAY.COM
     eseckinger@eastburngray.com;marshalldr81618@notify.bestcase.com

DENISE ELIZABETH CARLON
     on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
     on behalf of Creditor USAA Federal Savings Bank bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
     on behalf of Creditor USAA Federal Savings Bank bkgroup@kmllawgroup.com

KEVIN M. BUTTERY
     on behalf of Creditor USAA Federal Savings Bank cdigianantonio@rascrane.com

District/off: 0313-4                          User: admin                                    Page 2 of 2
Date Rcvd: Jul 23, 2024                       Form ID: 234                                    Total Noticed: 1

MATTEO SAMUEL WEINER
                    on behalf of Creditor USAA Federal Savings Bank bkgroup@kmllawgroup.com

MICHELLE L. MCGOWAN
                    on behalf of Creditor USAA Federal Savings Bank mimcgowan@raslg.com

ROLANDO RAMOS-CARDONA
                    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

ROLANDO RAMOS-CARDONA
                    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
                    ECFMail@ReadingCh13.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: David A. Repyneck

           Debtor(s)

Case No:17−15975−pmm

Chapter: 13

_____

### *NOTICE OF TERMINATION OF WAGE ORDER*

NOTICE IS GIVEN THAT:

 1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

 2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

For The Court

Timothy McGrath,
Clerk of Court

Date: 7/23/24