Certificate Number: 14912-PAE-DE-038715173

Bankruptcy Case Number: 17-15975



14912-PAE-DE-038715173

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 29, 2024, at 9:29 o'clock PM EDT, David Repyneck completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: July 29, 2024

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor