| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 17-15975-PMM

DAVID A  REPYNECK
2265 SILVER CREEK ROAD
HELLERTOWN  PA    18055

Petition Filed Date: 09/05/2017
341 Hearing Date: 11/14/2017
Confirmation Date: 05/03/2018

Case Status: Completed on 7/12/2024

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/04/2023 | $640.77 | 9312307000 | 09/13/2023 | $650.00 | | 10/06/2023 | $650.00 | |
| 11/03/2023 | $650.00 | | 12/04/2023 | $650.00 | | 01/10/2024 | $650.00 | |
| 02/09/2024 | $700.00 | | 03/08/2024 | $700.00 | | 04/05/2024 | $650.00 | |
| 04/26/2024 | $700.00 | | 05/20/2024 | $650.00 | | 06/14/2024 | $700.00 | |
| 07/12/2024 | $650.00 | | | | | | | |

**Total Receipts for the Period:  $8,640.77    Amount Refunded to Debtor Since Filing:  $42.87    Total Receipts Since Filing: $71,332.79**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 4 | ARMY & AIR FORCE EXCHANGE SERVICES<br>»»  004 | Unsecured Creditors | $1,063.16 | $0.00 | $1,063.16 |
| 6 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»»  006 | Unsecured Creditors | $73.11 | $0.00 | $73.11 |
| 9 | BANK OF AMERICA NA<br>»»  009 | Unsecured Creditors | $6,741.90 | $0.00 | $6,741.90 |
| 7 | CAPITAL ONE BANK (USA) NA CABELAS CLUB VISA<br>»»  007 | Unsecured Creditors | $15,862.21 | $0.00 | $15,862.21 |
| 5 | NATIONSTAR MORTGAGE LLC<br>»»  005 | Mortgage Arrears | $39,975.31 | $39,975.31 | $0.00 |
| 1 | PA SCDU<br>»»  001 | Priority Crediors | $5,325.07 | $5,325.07 | $0.00 |
| 3 | DEPARTMENT OF EDUCATION LOAN SERVICES<br>»»  003 | Secured Creditors | $5,854.45 | $5,854.45 | $0.00 |
| 8 | USAA FEDERAL SAVINGS BANK<br>»»  008 | Unsecured Creditors | $12,871.85 | $0.00 | $12,871.85 |
| 2 | US DEPT OF EDUCATION<br>»»  002 | Unsecured Creditors | $4,676.99 | $0.00 | $4,676.99 |
| 0 | DAVID L MARSHALL ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 10 | NATIONSTAR MORTGAGE LLC<br>»»  05P | Secured Creditors | $14,027.23 | $14,027.23 | $0.00 |
| 11 | BANK OF AMERICA NA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | CITI | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | SEARS/CBNA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | THD/CBNA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | USAA FEDERAL SAVINGS BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 17-15975-PMM**

| 0 | DAVID A REPYNECK | Debtor Refunds | $42.87 | $42.87 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $71,332.79 | Current Monthly Payment: | $640.77 |
| Paid to Claims: | $65,224.93 | Arrearages: | $0.00 |
| Paid to Trustee: | $6,107.86 | Total Plan Base: | $71,289.92 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.