*Form 138FIN* (6/24)–doc 125 – 124

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: <br>   David A. Repyneck <br><br>   Debtor(s). | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 17–15975–pmm <br><br> Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.


Date: September 20, 2024                      For The Court

                                                                                                                  Timothy B. McGrath
                                                                                                                  Clerk of Court