United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-15975-pmm |
| David A. Repyneck | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 22, 2024 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + David A. Repyneck, 2265 Silver Creek Road, Hellertown, PA 18055-2012 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2024            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Nationstar Mortgage LLC andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Nationstar Mortgage LLC logsecf@logs.com |
| DAVID L. MARSHALL | on behalf of Debtor David A. Repyneck DMARSHALL@EASTBURNGRAY.COM eseckinger@eastburngray.com;marshalldr81618@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor USAA Federal Savings Bank bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Oct 22, 2024 | Form ID: 195 | Total Noticed: 1

    on behalf of Creditor USAA Federal Savings Bank bkgroup@kmllawgroup.com

KEVIN M. BUTTERY
    on behalf of Creditor USAA Federal Savings Bank cdigianantonio@rascrane.com

MATTEO SAMUEL WEINER
    on behalf of Creditor USAA Federal Savings Bank bkgroup@kmllawgroup.com

MATTHEW K. FISSEL
    on behalf of Creditor Nationstar Mortgage LLC wbecf@brockandscott.com matthew.fissel@brockandscott.com

MICHELLE L. MCGOWAN
    on behalf of Creditor USAA Federal Savings Bank mimcgowan@raslg.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

Case 17-15975-pmm    Doc 128    Filed 10/24/24    Entered 10/25/24 00:39:13    Desc
Imaged Certificate of Notice    Page 2 of 3

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                            : Chapter 13

David A. Repyneck                                                                    : Case No. 17−15975−pmm

       Debtor(s)

***ORDER***
_____

    AND NOW, this day , October 22, 2024 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                                      By The Court

                                      Patricia M. Mayer
                                      Judge, United States Bankruptcy Court