# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: David A. Repyneck<br>  Debtor(s)<br><br>USAA FEDERAL SAVINGS BANK<br>  Movant<br>  vs.<br><br>David A. Repyneck<br>  Debtor(s)<br><br>Scott F. Waterman,<br>Trustee | BK NO. 17-15975 PMM<br><br>Chapter 13<br><br>Related to Claim No. 5 |

## CERTIFICATE OF SERVICE OF
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Denise Carlon, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>August 18, 2021</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
David A. Repyneck
2265 Silver Creek Road
Hellertown, PA 18055

<u>Attorney for Debtor(s)</u>
David L. Marshall, 60 East Court Street
Doylestown, PA 18907

<u>Trustee</u>
Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave, Suite 100
Reading, PA 19606

Method of Service:  electronic means or first class mail

Dated: <u>August 18, 2021</u>

**/s/Denise Carlon, Esquire**
Denise Carlon, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 627–1322
dcarlon@kmllawgroup.com