| Fill in this information to identify the Fill in this information to identify the case: |
|---|
| Debtor 1    David A. Repyneck |
| Debtor 2 |
| United States Bankruptcy Court for the EASTERN District of Pennsylvania |
| Case number   17-15975 PMM |

Official Form 410S1

# Notice of Mortgage Payment Change 12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Nationstar Mortgage LLC

**Court claim no.** (if known): 5

**Last 4 digits** of any number you use to identify the debtor's account: 7118

**Date of payment change:**
Must be at least 21 days after date of this notice    10/01/2022

**New total payment:**    $2359.21
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $743.95    New escrow payment: $754.51

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $_____    New principal and interest payment: $_____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____    New mortgage payment: $_____

Official Form 410S1    **Notice of Mortgage Payment Change**    page 1

Document ID: cca94f350525e2988502545ecaa77d06a97a8c3cf1c330e09487890ed658c83c

Debtor(s)   <u>David A. Repyneck</u>           Case number (*if known*) <u>17-15975 PMM</u>
First Name    Middle Name           Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ *Rebecca Solarz*                    Date   08/16/2022
Signature
Print: Rebecca Solarz
16 Aug 2022, 13:38:15, EDT

Title   <u>Attorney for Creditor</u>

Company   <u>KML Law Group, P.C.</u>

Address   <u>701</u>       <u>Market Street, Suite 5000</u>
Number    Street
Philadelphia,             PA      19106
City                     State    ZIP Code

Contact phone  (215) 627–1322          Email  bkgroup@kmllawgroup.com

Official Form 410S1         **Notice of Mortgage Payment Change**                page 2

Document ID: cca94f350525e2988502545ecaa77d06a97a8c3cf1c330e09487890ed658c83c