# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: David A. Repyneck**<br>　　　　　　　　　**Debtor** | **BK NO. 17-15975 PMM** |
| **Nationstar Mortgage LLC**<br>　　　　　　　　　**Movant**<br>　　vs.<br>**David A. Repyneck**<br>　　　　　　　　　**Debtor**<br>**Scott F. Waterman**, **Esq.**<br>　　　　　　　　　**Trustee** | **Chapter 13**<br><br>**Related to Claim No. 5** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on August 25, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor
David A. Repyneck
2265 Silver Creek Road
Hellertown, PA 18055

Attorney for Debtor
David L. Marshall, 60 East Court Street
Doylestown, PA 18907

Trustee
Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave, Suite 100
Reading, PA 19606

Method of Service: Electronic means or first class mail.

Dated: August 25, 2022

　　　　　　　　　　　　　　　　　　　　**/s/Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　215-825-6327
　　　　　　　　　　　　　　　　　　　　rsolarz@kmllawgroup.com